IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CASSANDER ROLLINS,                              *

              Plaintiff,                    *

v.                                                                  Case No. 1:24-CV-61-LAG

                             *

PHOEBE PUTNEY HEALTH SYSTEM INC,

                             *

             Defendant.

                             *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

    This 20th day of March, 2026.

                          David W. Bunt, Clerk

                          s/ Michelle Paschal, Deputy Clerk